IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:02-00181 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| KEVIN R. JACKSON, | ) | |
| Defendant. | ) | |

## ORDER

The United States Probation Officer's ("USPO") request to modify the Defendant's conditions of release to impose a total alcohol ban is **DENIED**. The Defendant's conditions of release are modified to require the Defendant to refrain from excessive use of alcohol, as defined by Tennessee's DUI law (blood alcohol concentration of .08%). All other conditions of release remain unchanged.

It is so **ORDERED**.

**ENTERED** this the 12th day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge